**TO: Clerk's Office**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
In re Arrest Warrant

23-m-17
Docket Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUBMITTED BY: Plaintiff ____ Defendant ____ DOJ ✓
Name: Alexander Mindlin
Firm Name: USAO-EDNY
Address: 271A Cadman Plaza East

Phone Number: 347-677-2387
E-Mail Address: alexander.mindlin@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ____ NO ____
If yes, state description of document to be entered on docket sheet:

**MANDATORY CERTIFICATION OF SERVICE:**
**A.)** ____ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ____ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: ____ ; or **C.)** ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

1/14/2023
DATE

**A)** **If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered: ____
Judge/Magistrate Judge: ____
Date Entered: ____

**B)** **If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: Brooklyn _____, NEW YORK
1/14/23.

**U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE _____ DATE

_____
SIGNATURE