AFM
F.# 2021R00874

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ANATOLY LEGKODYMOV

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

~~PROPOSED~~ O R D E R

No. 23-M-17 (RML)

  Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Alexander Mindlin, for an order unsealing the amended complaint and arrest warrant in the above-captioned matter;

  WHEREFORE, it is ordered that the amended complaint and arrest warrant in the above-captioned matter be unsealed and filed on the public docket.

Dated: Brooklyn, New York
   January 18, 2023, 2023

_____
HONORABLE SANKET J. BULSARA
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK