UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

  - against -   23-MJ-017

ANATOLY LEGKODYMOV,
    also known as "Anatolii Legkodymov," "Gandalf" and "Tolik,"
        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Artie McConnell from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

>Assistant U.S. Attorney Artie McConnell
>United States Attorney's Office (Criminal Division)
>271 Cadman Plaza East
>Brooklyn, New York 11201
>Tel: (718) 254-7150
>Email: artie.mcconnell@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Artie McConnell at the email address set forth above.

Dated: Brooklyn, New York
       March 7, 2023

                                              Respectfully submitted,

                                              BREON PEACE
                                              United States Attorney

                              By:    /s/ Artie McConnell
                                              Artie McConnell
                                              Assistant U.S. Attorney

cc:     Clerk of the Court