

600 MASSACHUSETTS AVE., NW   WASHINGTON, DC 20001
T 202.344.4000   F 202.344.8300   www.Venable.com

April 23, 2024

t 202.344.4631
f 202.344.8300
MESchamel@Venable.com

Honorable Eric N. Vitaliano
United States District Court for the New York Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

**VIA ECF FILING**

    Re:    *USA v Lekodymov*, 1:23-mh-17

Dear Judge Vitaliano:

    Defendant Anatoly Legkodymov through Counsel is scheduled to file his sentencing memorandum ("Sentencing Memorandum") on April 24, 2024. Counsel is currently out of the country and is suffering from a severe stomach illness impeding him from being able to finalize the draft Sentencing Memorandum. Counsel requests a brief extension from April 24, 2024 to April 29, 2024 to file the Sentencing Memorandum. The there have been no other extensions for the Sentencing Memorandum and government does not object to this brief extension.

                                                    Sincerely,

                                                    Mark E. Schamel

cc:    Alexander Mindlin
        U.S. Attorney's Office EDNY
        271 Cadman Plaza East
        Brooklyn, NY 11201
        alexander.mindlin@usdoj.gov

        Artie McConnell
        US Attorney's Office EDNY
        271 Cadman Plaza East
        Brooklyn, NY 11201
        artie.mcconnell@usdoj.gov